IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ] | | |
| | ] | | |
| | ] | NO: | 3:15-CR-192 |
| V. | ] | | |
| | ] | | |
| JOSHUA MCKISSICK | ] | JUDGE TRAUGER | |

___

**MOTION TO CONTINUE SENTENCING HEARING**
___

Comes now the defendant, Joshua McKissick, through counsel and hereby moves that this Honorable Court continue his sentencing in this cause until a date on or after September 20, 2016, as best fits this Honorable Court's schedule. In support of this Motion, Mr. McKissick would show the following:

1. The government, through the Honorable Ben Schrader, does not oppose this motion.

2. Unforeseen events preclude the defense from being prepared to conduct a sentencing hearing on April 25, 2016, as is presently scheduled. These events are explained in a contemporaneously filed, under seal pleading.

Respectfully submitted,

 /s/ Richard Tennent
RICHARD TENNENT
*Bell, Tennent & Frogge, pllc*
Bank of America Plaza
414 Union Street, Suite 904
Nashville, TN 37219
Richard@BTFLaw.com